IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAAL A. McNEIL, ) | |
| ) | |
| Plaintiff, ) | 8:09CV231 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | ORDER |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP") (Filing No. 2). As set forth in the Prison Litigation Reform Act, a prisoner cannot:

> [B]ring a civil action . . . or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action . . . in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

28 U.S.C. §1915(g).

The following three cases brought by plaintiff were dismissed because they failed to state a claim upon which relief may be granted:

- *McNeil v. Public Defender Office*, No. 4:06CV3204 (D. Neb.), dismissed on September 5, 2006 (Filing Nos. 5 and 6).

- *McNeil v. City of Omaha, et al.*, No. 8:07CV145 (D. Neb.), dismissed on May 16, 2007 (Filing Nos. 12 and 13).

- *McNeil v. City of Omaha, et al.*, No. 8:07CV143 (D. Neb.), dismissed on August 26, 2008 (Filing Nos. 53 and 54).

Accordingly, plaintiff has until August 17, 2009, to show cause why this matter should not be dismissed pursuant to 28 U.S.C. §1915(g). Alternatively, plaintiff may pay the full $350.00 filing fee no later than August 17, 2009. In the absence of good cause shown or the payment of the full filing fee, plaintiff's complaint will be dismissed without further notice.

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 2) is denied. Plaintiff has until August 17, 2009, to either show cause why this case should not be dismissed pursuant to 28 U.S.C. §1915(g) or pay the full $350.00 filing fee. In the absence of either action by plaintiff, this matter will be dismissed without further notice.

2. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: August 17, 2009: Deadline for plaintiff to show cause or pay full filing fee.

   3. All other pending motions are denied without prejudice to reassertion.

   DATED this 17th day of July, 2009.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court